JOSEPH E. WILDMAN, Appellant, *v.* FRANK C. JONES, as Executor of JOHN M. JONES, Deceased, Respondent.

*Wildman* v. *Jones*, 150 App. Div. 514, appeal dismissed.
(Submitted April 3, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for breach of an alleged contract by defendant's testator to make plaintiff a beneficiary under his will.

*John H. Hazelton* for appellant.

*Clarence G. Galston* and *Arthur Watson* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.

---

TOWN OF PELHAM, Appellant, *v.* JOHN M. SHINN, Respondent.

*Town of Pelham* v. *Shinn*, 149 App. Div. 956, affirmed.
(Argued May 22, 1913; decided June 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1912, affirming a judgment in favor of defendant entered upon the report of a referee appointed to take and state the accounts of the defendant as supervisor of the town of Pelham.

*Henry G. K. Heath* for appellant.

*Benjamin L. Fairchild* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.